UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLIAM J. O'REILLY,<br><br>                      Petitioner,<br><br>            -v.-<br><br>ANDREA MACKRIS,<br><br>                      Respondent. | 23 Civ. 02377 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

      Upon Petitioner's application, the Honorable J. Paul Oetken, sitting in Part 1, ordered this case to be filed under seal. ECF No. 1. By **March 6, 2024**, Petitioner shall file a letter of no more than five pages, with authorities, showing cause why the case should not be unsealed.

      This Order shall be filed under seal and shall only be viewable by the parties to this action.

      SO ORDERED.

Dated: February 27, 2024
       New York, New York

                                                                                                               _____
                                                                                                         JENNIFER H. REARDEN
                                                                                                         United States District Judge