UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIAM J. O'REILLY,

                            Petitioner,

                -v.-

ANDREA MACKRIS,

                            Respondent.

23 Civ. 2377 (JHR)

JUDGMENT

JENNIFER H. REARDEN, District Judge:

WHEREAS, on March 8, 2023, Petitioner William J. O'Reilly ("Petitioner") filed a

Petition in this Court for an order confirming the Opinion and Final Award of the Arbitration

Panel (the "Award"); Respondent Andrea Mackris ("Respondent") having stated that she does

not oppose the Petition; and this Court having issued a Memorandum Opinion and Order

granting the Petition and confirming the Award in all respects, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that, for the reasons stated in the Court's

Memorandum Opinion and Order, the Award is CONFIRMED and entered as a Judgment of this

Court, including with respect to, but not limited to, the following:

1)      Respondent is permanently enjoined from any future violation of the Confidential
        Settlement Agreement; and

2)      Respondent shall reimburse Petitioner the sum of $96,195.58, representing the
        portion of arbitration-related fees and expenses in excess of the apportioned costs
        previously paid by Petitioner.

The Clerk of Court is directed to close this case.

SO ORDERED.

Dated: March 11, 2024
       New York, New York

_____
JENNIFER H. REARDEN
United States District Judge